

*Chambers of*
*Suzanne B. Conlon*
*Judge*

*United States District Court*
*Northern District of Illinois*
*219 South Dearborn Street*
*Chicago, Illinois 60604*

*(312) 435-5595*

June 1, 2004

The Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

                    Re:  Calendar Year 2003 Filing

Dear Judge Lisi:

        In response to your letter of May 7, 2004, I am providing the following required information as an amendment to my 2003 report:

    1)      Part II – Due to a clerical oversight, the "NONE" box was not checked.  I do not have a reportable agreement.

    2)      Part VII, line 7, Column C(2) – The value method should be "T" (cash/market) instead of "R."

        Please advise me if you require anything further.

                                        Sincerely,



                                        Suzanne B. Conlon

SBC/pw

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) Conlon, Suzanne B. | 2. Court or Organization United States District Court | 3. Date of Report 3/10/04 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Active | 5. Report Type (check appropriate type) __ Nomination, Date _____ __ Initial  X  Annual  __ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
|---|---|---|

| 7. Chambers or Office Address 219 South Dearborn Street Suite 2356 Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Executive Committee | American Bar Association, Federal Trial Judges Conf. |
| 2 Advisory Board | DePaul University, Human Rights Law Institute |
| 3 Visiting Committee | University of Chicago, Harris Graduate School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | Self-employed - ranch crop sales | $ 8,322 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Conlon, Suzanne B. | 3/10/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Amer. Bar Assn., Judicial Division | 2/6-9/03 – Seattle, WA, Mid-Year Meeting (Airfare, Lodging, Ground Transportation) |
| 2 | Amer. Bar Assn., Judicial Division | 5/1-4/03 – Aspen, CO, Spring Planning Meeting (Airfare, Lodging, Ground Transportation) |
| 3 | FREE | 8/5-10/03, Gallatin Gateway, MT, Conference on Terrorism (Airfare, Lodging, Ground Transportation, Meals |
| 4 | FREE | 9/9-14/03, Big Sky, MT, Conference on Toxic Torts (Airfare, Lodging, Ground Transportation, Meals) |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | First Interstate Bank | Ranch mortgage [VII, 1.7] | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Conlon, Suzanne B. | 3/10/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 Vanguard Capital Appr. | A | div. | K | T | | | | | |
| 2 Columbia High Yield Municipal Fund | C | div./int. | L | T | | | | | |
| 3 Columbia Managed Municipal Fund | B | div./int. | K | T | | | | | |
| 4 Columbia Municipal Money Market | A | int. | J | T | | | | | |
| 5 Vanguard GNMA (IRA) | C | int. | L | T | partial sale | 10/20 | J | A | |
| 6 Vanguard Money Market (IRA) | C | int. | K | T | partial sale | 10/20 | J | A | |
| 7 MT Ranch, ▓▓▓▓▓ | D | crop sales | O | R | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P3=$5,000,001-$25,000,000
   P2=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. – entries on lines, 2, 3 and 4 for Columbia High Yield Municipal Fund;
Columbia Managed Municipal Fund and Columbia Money Market Fund.
In 2003, the name "Columbia" was substituted for "Stein Roe" and "Liberty"
as to each fund. The name change did not involve any transaction or
changes in the identity or value of the accounts.



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓     Date _____ 3/10/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544